FILED
JAMES BONINI
CLERK

07 JAN 24 PM 4: 33

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **CONVERGYS CORPORATION, et al.** | ::: | Case No. 1:06-CV-00475 |
| **Plaintiffs,** | ::: | |
| | ::: | Judge Beckwith |
| v. | ::: | Magistrate Judge Hogan |
| | ::: | |
| **MICHAEL SCHWAB** | ::: | **AGREED PERMANENT INJUNCTION** |
| **Defendant.** | :: | |

Plaintiffs Convergys Corporation and Convergys Information Management Group Inc. (collectively "Convergys") and Defendant Michael Schwab ("Schwab") enter into this Agreed Permanent Injunction, pursuant to which the parties agree as follows:

1. Attorney Steven P. Cohn, counsel to Defendant Schwab, is permitted to appear in this Action for the purpose of effectuating the entry of this Agreed Permanent Injunction and the Stipulation of Dismissal Without Prejudice.

2. In connection with entering into this Agreed Permanent Injunction, Schwab submits and incorporates the attached Declaration of Michael Schwab, executed on December 19, 2006;

3. Schwab agrees that he will notify Convergys of any new employment taken by him through June 1, 2008. Such notification shall be made to the General Counsel of Convergys Corporation, in writing, within 3 calendar days of the acceptance of any offer of employment during said period, and

shall identify the name of Schwab's employer and the position to be held by Schwab with said employer;

4. Within two business days after execution of this Agreed Permanent Injunction by the parties and the Court, Convergys will file a Stipulation of Dismissal, without prejudice, and this matter shall be closed by the Court. Nothing herein shall prohibit Convergys from seeking in the future to enforce the terms and conditions of the Non-Disclosure and Non-Competition Agreement which is the subject of this Action and which is attached as an Exhibit to Convergys' Verified Complaint, should Convergys learn of any violation or threatened violation of any of the terms and conditions of said Agreement.

IT IS SO ORDERED.

DATED: This 24th day of January, 2007.

_____
The Honorable Sandra S. Beckwith
Judge, United States District Court
Southern District of Ohio

Agreed to By:

| | |
|---|---|
| //s// Steven P. Cohn | //s// Grant S. Cowan |
| Steven P. Cohn | Grant S. Cowan (Ohio No. 0029667) |
| Advocacy Center for Employment Law | FROST BROWN TODD LLC |
| 2084 Alameda Way | 2200 PNC Center |
| San Jose, California 95126 | 201 East Fifth Street |
| (408) 557-0300 (office) | Cincinnati, Ohio 45202 |
| (408) 557-0309 (facsimile) | (513) 651-6745 (direct dial) |
| | (513) 651-6981 (facsimile) |
| Attorneys for Defendant | gcowan@fbtlaw.com (e-mail) |
| | |
| | Attorney for Plaintiffs |

CINLibrary 1160259.0542755 1702217v.2

3